# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert James Schile, | No. CV 10-0572-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Wachovia Bank, et al., | |
| Defendants. | |

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed as to Defendants Maricopa Count Sheriff and San Marcos Justice Court without further notice after July 10, 2010, unless before then Plaintiff has served the defendants with the summons and complaint and has filed with the Clerk of the Court proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve.

DATED this 23rd day of June, 2010.

Susan R. Bolton
United States District Judge