# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert James Schile, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 10-572-PHX-SRB |
| | ) | |
| v. | ) | |
| | ) | |
| Wachovia Mortgage, FSB f/k/a World Savings Bank, et al., | ) ) ) | |
| Defendants. | | |

\_\_\_    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X     Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 24, 2010,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the Second Amended Complaint and action are dismissed with prejudice.

                                                                  RICHARD H. WEARE
                                                                  District Court Executive/Clerk

August 24, 2010

                                                                   s/Kathy Gerchar
                                                                  By: Deputy Clerk

cc: (all counsel)